# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHESTER R. PALMER, SR.**                                                         **PLAINTIFF**

**v.**                           **Case No. 4:18-cv-00409-KGB**

**UNION PACIFIC RAILROAD COMPANY**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Chester R. Palmer, Sr.'s, complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 4th day of February, 2020.

_____
Kristine G. Baker
United States District Judge